| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Samantha V. Thompson<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0205<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–16684–SLM | |

## Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Samantha V. Thompson

7/7/17                                        **By the court:** Stacey L. Meisel
                                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-16684-SLM
Samantha V. Thompson                                                    Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: Jul 07, 2017
                              Form ID: 318             Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2017.
```
db              +Samantha V. Thompson,    815 Worth Ave 2nd FL,    Linden, NJ 07036-1639
516744158       +Arthur Monczka,    61 Union County Pkwy,    Clark, NJ 07066-1917
516744165       +CBNA,   PO Box 6497,    Sioux Falls, SD 57117-6497
516744162       +Caine & Weiner,    4101 McEwen Rd,    Dallas, TX 75244-5109
516744166       +Citibank Best Buy,    PO Box 6077,    Sioux Falls, SD 57117-6077
516744170       +Federated Law Group,    887 Donald Ross Rd,    Juno Beach, FL 33408-1611
516744171       +Joseph Thompson,    815 Worth Ave 2nd F,    Linden, NJ 07036-1639
516744174       +Midland Credit Mgmt,    2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
516744175        Northstar Location Services,    4285 Genesee St,    Cheektowaga, NY 14225-1943
516744176       +Obesity Treatment Centers of NJ,    95 Madison Ave Ste A06,    Morristown, NJ 07960-7365
516744178       +Pressler & Pressler LLP,    7 Entin Rd,    Parsippany, NJ 07054-5020
516744179       +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
516744182       +Steven Hertz MD,    1500 Pleasant Valley Way #302,    West Orange, NJ 07052-2956
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 08 2017 00:07:53     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 08 2017 00:07:48     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              +EDI: RMSC.COM Jul 07 2017 23:48:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,   Norfolk, VA 23541-1021
516744157       +EDI: AMEREXPR.COM Jul 07 2017 23:48:00      American Express,   PO Box 981537,
                 El Paso, TX 79998-1537
516744159       +E-mail/Text: bk@avant.com Jul 08 2017 00:08:30     Avant Inc.,   640 N LaSalle St,
                 Chicago, IL 60654-3731
516744160        EDI: BANKAMER.COM Jul 07 2017 23:48:00      Bank of America,   PO Box 982238,
                 El Paso, TX 79998
516744161       +EDI: TSYS2.COM Jul 07 2017 23:48:00      Barclays Bank Delaware,   PO Box 8803,
                 Wilmington, DE 19899-8803
516744163        EDI: CAPITALONE.COM Jul 07 2017 23:48:00      Capital One,   PO Box 30285,
                 Salt Lake City, UT 84130-0285
516744167       +EDI: WFNNB.COM Jul 07 2017 23:48:00      Comenity Bank,   Bankruptcy Dept,   PO Box 182789,
                 Columbus, OH 43218-2789
516744168        EDI: RCSFNBMARIN.COM Jul 07 2017 23:48:00      Credit One Bank,   PO Box 98873,
                 Las Vegas, NV 89193-8873
516744169       +EDI: NAVIENTFKASMDOE.COM Jul 07 2017 23:48:00      Dept of Ed Navient,   PO Box 9635,
                 Wilkes Barre, PA 18773-9635
516744172       +EDI: RESURGENT.COM Jul 07 2017 23:48:00      LVNV Funding,   PO Box 10497,
                 Greenville, SX 29603-0497
516744173       +EDI: MERRICKBANK.COM Jul 07 2017 23:48:00      Merrick Bank,   10705 S Jordan Gtwy Ste 200,
                 South Jordan, UT 84095-3977
516744177       +EDI: AGFINANCE.COM Jul 07 2017 23:48:00      One Main Financial,   PO Box 70912,
                 Charlotte, NC 28272-0912
516744180       +E-mail/Text: bankruptcy@savit.com Jul 08 2017 00:10:27     Sa-Vit Collection Agency,
                 46 W Ferris St,    East Brunswick, NJ 08816-2159
516744181       +E-mail/Text: clientservices@simonsagency.com Jul 08 2017 00:10:20     Simons Agency,
                 4963 Wintersweet Drive,    Liverpool, NY 13088-2176
516746725       +EDI: RMSC.COM Jul 07 2017 23:48:00      Synchrony Bank,  c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
516744183       +EDI: RMSC.COM Jul 07 2017 23:48:00      Synchrony Bank Walmart,   PO Box 965024,
                 Orlando, FL 32896-5024
516744184        EDI: AISTMBL.COM Jul 07 2017 23:48:00      T-Mobile,   PO Box 629025,
                 El Dorado Hills, CA 95762
516744185       +EDI: TFSR.COM Jul 07 2017 23:48:00      Toyota Financial Svc,   PO Box 5855,
                 Carol Stream, IL 60197-5855
                                                                                              TOTAL: 20
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516744164*      +Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2             User: admin              Page 2 of 2              Date Rcvd: Jul 07, 2017
                                 Form ID: 318             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 7, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Harrison Ross Byck    on behalf of Debtor Samantha V. Thompson lawfirm@kasuribyck.com,
               financial@kasuribyck.com
              Nicholas J. Delzotti    nick9151@aol.com, NJ58@ecfcbis.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 4
```